Case 2:25-cv-00072   Document 29   Filed 12/09/25 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
December 09, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MIDFIRST BANK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:25-CV-00072 |
| | § | |
| BRANDI BERRY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND RECOMMENDATION

Pending is a Joint Motion for Entry of Second Amended Agreed Order as to the Interests of Minors G.S. and B.S. (D.E. 28). This Motion has been referred to the undersigned. (D.E. 17).[1] Jeanette Cantu-Bazar has been appointed as guardian ad litem. In both the Motion and at hearings held before the undersigned, the parties reported they have reached an agreement to resolve this dispute and have submitted an agreed order. (D.E. 28-1). This proposed order addresses the undersigned's previous concerns. (D.E. 25). Having reviewed the Motion and the proposed agreed order, the undersigned **RECOMMENDS** it be granted and the proposed order be entered. (D.E. 28 and D.E. 28-

---

[1] The Clerk of Court is **DIRECTED** to update the docket to reflect that only the Motion, not the entire case, has been referred to the undersigned. (D.E. 17).

1 / 3

1). The undersigned notes outstanding mortgage balances, fees and costs are subject to being reviewed and approved by the Court in subsequent motion practice.

    ORDERED on December 9, 2025.

Jason B. Libby<br>
United States Magistrate Judge

NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within **FOURTEEN (14) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to 28 U.S.C. § 636(b)(1)(c); Rule 72(b) of the Federal Rules of Civil Procedure; and Article IV, General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendations in a Magistrate Judge's report and recommendation within **FOURTEEN (14) DAYS** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc).